UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANCISCO RAMON DE LA CRUZ,
JR.,

      Plaintiff,

v.                                  Case No. 6:19-cv-1068-Orl-37LRH

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## **ORDER**

In this social security appeal, Plaintiff seeks review of the Commissioner of Social Security's ("**Commissioner**") decision to deny his disability benefits and supplemental security income payments. (Doc. 1.) Plaintiff argues the Administrate Law Judge ("**ALJ**") erred by: (1) applying the incorrect legal standards to his testimony on his pain and limitations; and (2) failing to inform him of his right to cross examine the vocational expert. (Doc. 14, pp. 9, 21.) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends affirming the Commissioner's decision, finding the ALJ provided multiple independent reasons for discrediting Plaintiff's subjective complaints and the ALJ informed Plaintiff he had a right to question witnesses. (Doc. 15 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see*

*also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

It is **ORDERED AND ADJUDGED**:

1.  U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 15) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.  The Commissioner's final decision is **AFFIRMED**.

3.  The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Francisco Ramon De La Cruz, Jr. and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 2, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record